**Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Telephone: (707) 644-4004

Attorney for Defendant RICKY L. FLEMINGS, JR.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-S-10-098-EJG |
| Plaintiff, | |
| vs. | **AMENDED STIPULATION AND ORDER TO EXCLUDE TIME** |
| RICKY L. FLEMINGS, JR., | |
| Defendant. | |
| _____/ | |

    The parties request that the status conference in this case be continued from December 10, 2010, to January 28, 2011, at 10:00 a.m.  The parties stipulate that the time between December 10, 2010, and January 28, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, Mr. Flemings filed a motion to compel discovery which is currently set for hearing on December 29, 2010, before the Honorable Magistrate Judge Kendall J. Newman in courtroom 25 of the above-entitled court.  Mr. Flemings is continuing his investigation and needs more time to prepare.  Therefore the parties have stipulated to continue the

status conference in this case. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A).

Respectfully submitted

Date: December 8, 2010         /s/   Tim A. Pori
                               TIM A. PORI
                               Attorney for Defendant FLEMINGS


Date: December 8, 2010         /s/ Kyle Reardon  (Authorized 12/8/10)
                               KYLE REARDON
                               Assistant U.S. Attorney


## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Status Conference in the above-entitled matter is continued to January 28, 2011, at 10:00 a.m. before the Honorable Edward J. Garcia in courtroom number 8.

December 8, 2010               /s/ Edward J. Garcia
                               JUDGE OF THE UNITED STATES
                               DISTRICT COURT

2