**Tim A. Pori (SBN 189270)**
**John F. Baumgardner (SBN 275674)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA 94590
Telephone: (707) 644-4004
Facsimile:  (707) 644-7528

Attorney for Defendant RICKY L. FLEMINGS

FILED
MAY 29 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2: 10-CR-0098-EJG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| v. | |
| RICKY L. FLEMINGS, | |
| Defendant. | Date: 5/29/2012<br>Time: 1:00 p.m.<br>Judge: Hon. Edward J. Garcia |

The parties hereby stipulate that the pretrial release conditions placed upon defendant Flemings in this case be modified. Specifically, the parties stipulate that, in addition to the conditions already imposed, the defendant also be required to meet the following two conditions as part of his pretrial release: 1) that defendant submit to drug and/or alcohol testing as approved by the pretrial services officer, the testing services of which are to be paid for in part or in full by defendant based upon his ability to pay as determined by the pretrial services officer; and 2) that the defendant participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency as approved by the pretrial services officer, the counseling services of which are to be paid for in part or in full by defendant based upon his ability to pay as determined by the pretrial services officer. The parties stipulate that the ends of justice

1

are served by the Court modifying the conditions of defendant's pretrial release. Thus, the parties request that the defendant's pretrial release conditions be modified as stated above.

Respectfully submitted

Date: May 29, 2012

/s/ Tim A. Pori
TIM A. PORI
Attorney for Defendant Ricky L. Flemings

Date: May 29, 2012

/s/ Kyle Reardon (Authorized 5/29/12)
KYLE REARDON
Assistant U.S. Attorney

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the conditions of the pretrial release of defendant Flemings be modified to add the conditions of drug and/or alcohol testing services as well as drug and/or alcohol counseling services to his current release conditions as approved by the pretrial services officer, to be paid for in part or in full by defendant based on his ability to pay, as determined by the pretrial services officer.

Dated: 5/29/12

JUDGE OF THE UNITED STATES
DISTRICT COURT

2