UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**MEMORANDUM AND ORDER**



Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                RE:    Ricky Lamount FLEMINGS, Jr.
                      Docket Number:  2:10CR00098-01
                      <u>**CONTINUANCE OF JUDGMENT**</u>
                      <u>**AND SENTENCING; ORDER**</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from July 6, 2012 to September 28, 2012 at 9:30 A.M.. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The interview with the defendant has been completed. Additional time is needed by the probation officer for review of the discovery materials and further investigation. All parties have agreed to a continuance of the Judgment and Sentencing date to allow for this investigation.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                            Respectfully submitted,

                            Miranda L. Hoyer
                            United States Probation Officer

**REVIEWED BY:**

JEFFREY C. OESTREICHER
**Supervising United States Probation Officer**

Dated:     June 8, 2012
               Sacramento, California

                                                     Rev. 05/2011
                             CONTINUANCE ~ TO JUDGE (EJG).MRG

RE:  FLEMINGS, Ricky Lamount
     Docket Number:  2:10CR00098-01
     **CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER**

Attachment

cc:  Clerk, United States District Court
     United States Attorney's Office
     United States Marshal's Office
     Tim Pori, Appointed Counsel
     Probation Office Calendar clerk

✓ **Approved**                    _____      6/12/12
                                  EDWARD J. GARCIA
                                  **Senior United States District Judge**      **Date**

___ **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number:   2:10CR00098-01 |
| **Plaintiff,** | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| **vs.** | |
| **Ricky Lamount FLEMINGS** | |
| **Defendant.** | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | September 28, 2012 @ 9:30 A.M. |
| Reply, or Statement of Non-Opposition: | September 21, 2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | September 14, 2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | September 7, 2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | August 31, 2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | August 17, 2012 |

3

Rev. 05/2011
CONTINUANCE ~ TO JUDGE (EJG).MRG