**FILED**

Aug ~~JAN~~ 20 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00098 EJG |
| Plaintiff, | |
| v. | **ORDER CONTINUING JUDGMENT AND SENTENCING FROM SEPTEMBER 28, 2012, TO NOVEMBER 2, 2012** |
| RICKY LAMOUNT FLEMINGS, | |
| Defendant. | |

The parties' stipulation and proposed schedule is approved and so ordered. The judgment and sentencing currently set for September 28, 2012, at 9:00 a.m., is continued to November 2, 2012.

Dated: 8/20/12

_____
EDWARD J. GARCIA
United States District Judge