UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM AND ORDER

FILED
OCT 10 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

                  RE:    Ricky Lamount FLEMINGS, Jr.
                           Docket Number:  2:10CR00098-01
                           **CONTINUANCE OF JUDGMENT**
                           **AND SENTENCING; ORDER**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from November 2, 2012 to December 21, 2012 at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to the complexity of the case and the need to determine the total intended and actual loss as a result of the offense conduct, additional time is needed by all parties.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

                                    Respectfully submitted,

                                      /s/ Miranda L. Lutke
                                      **MIRANDA L. LUTKE**
                                      **United States Probation Officer**

**REVIEWED BY:**  /s/ Jeffrey C. Oestreicher
                            **JEFFREY C. OESTREICHER**
                            **Supervising United States Probation Officer**

Dated:     10/05/2012
             Sacramento, California
             MLL/fn

RE: Ricky Lamount FLEMINGS, Jr.
Docket Number: 2:10CR00098-01
**CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER**

Attachment

cc: Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓ **Approved**

_____ **Disapproved**

EDWARD J. GARCIA
**Senior United States District Judge**

10/10/12

**Date**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number: 2:10CR00098-01 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| **Ricky Lamount FLEMINGS, Jr.** | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | December 21, 2012 @ 10:00 am |
| Reply, or Statement of Non-Opposition: | December 14, 2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | December 7, 2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | November 30, 2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | November 23, 2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | November 9, 2012 |