SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
RICKY L. FLEMINGS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICKY LAMOUNT FLEMINGS, Jr.,<br><br>Defendant, | CASE NO.  10-CR-0098 WBS<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING TRIAL CONFIRMATION HEARING** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant RICKY L. FLEMINGS, by and through his counsel of record, Scott N. Cameron, hereby stipulate as follows:

1. This case presently has a trial confirmation hearing set for September 22, 2014, and a jury trial date of October 28, 2014.

2. The parties agree that the trial confirmation hearing may be continued to September 29, 2014, at 9:30 AM, and that the jury trial date may remain unchanged.

3. Defendant Flemings recently received a new offer from the government and defendant requests the additional time to consider the offer. In addition, the assigned Assistant United States Attorney is new to the case and new discovery has recently

1

been provided to the defense.  The additional time requested will allow for a more meaningful trial confirmation hearing in the event that the case does not resolve by way of a plea agreement.

4. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 28, 2014, to October 28, 2014, inclusive, **has already been deemed excludable** pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.  (See ECF Document No. 65.)

Counsel for the government has provided attorney for defendant Flemings permission to sign this stipulation on his behalf.

IT IS SO STIPULATED.

DATED:    September 15, 2014

/s/ Andre Espinosa
ANDRE ESPINOSA
Assistant United States Attorney

DATED:    September 15, 2014

/s/ Scott Cameron
SCOTT N. CAMERON
Counsel for RICKY L. FLEMINGS

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated:  September 17, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2