SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
RICKY FLEMINGS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 10-CR-0098 WBS |
|---|---|
| Plaintiff, | **ORDER FOR COMPETENCY EXAMINATION PURSUANT TO 18 U.S.C. § 4241(b)** |
| v. | |
| RICKY FLEMINGS, | Date: April 10, 2014<br>Time: 9:00 a.m. |
| Defendant, | Judge: Honorable William B. Shubb |

After hearing on this matter, based on the arguments presented and the declarations of defense counsel, the Court finds that there is reasonable cause to believe that the RICKY L. FLEMINGS may be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to assist properly in his defense.

Therefore, RICKY L. FLEMINGS is hereby committed to the custody of the Attorney General of the United States for placement in a suitable facility for the purpose of a psychiatric or psychological examination pursuant to 18 U.S.C § 4241(b).

//
//
//
//

1

In accordance with 18 U.S.C. § 4247(b), the commitment of RICKY L. FLEMINGS is to be for a reasonable period, not to exceed thirty days, unless the director of the facility applies for a reasonable extension not to exceed fifteen days upon showing of good cause that additional time is necessary to observe and evaluate RICKY L. FLEMINGS.

**IT IS SO ORDERED**

Dated:  September 29, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE