SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
RICKY L. FLEMINGS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  10-CR-0098 WBS |
|---|---|
| Plaintiff, | **STIPULATION AND PROPOSED ORDER FOR EXCLUSION OF TIME** |
| v. | |
| RICKY LAMOUNT FLEMINGS, Jr., | |
| Defendant, | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant RICKY L. FLEMINGS, by and through his counsel of record, Scott N. Cameron, hereby stipulate as follows:

1. On September 29, 2014, upon defendant's motion, the Court ordered defendant committed to the custody of Attorney General for the purpose of a psychological or psychiatric examination.  A hearing on defendant's motion for a determination of defendant's competency was set for November 24, 2014.

2. The parties stipulate that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 29, 2014, to November 24, 2014, inclusive, should be deemed excludable

1

pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Codes E and T4] because the exclusion of time results from a continuance granted by the Court at defendant's request on the basis of a pending motion and the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Counsel for the government has provided attorney for defendant Flemings permission to sign this stipulation on his behalf.

IT IS SO STIPULATED.

DATED:   September 30, 2014

/s/ Andre Espinosa
ANDRE ESPINOSA
Assistant United States Attorney

DATED:   September 30, 2014

/s/ Scott Cameron
SCOTT N. CAMERON
Counsel for RICKY L. FLEMINGS

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated: October 1, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE