BENJAMIN B. WAGNER
United States Attorney
ANDRÉ M. ESPINOSA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:10-CR-0098 WBS |
| Plaintiff, | |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER AUTHORIZING DISCLOSURE OF PSR** |
| RICKY LAMONT FLEMINGS, | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1.      By previous Order on September 29, 2014, the Court remanded defendant Ricky Lamont Flemings ("Defendant") to the custody of the Attorney General of the United States for placement in a suitable facility for the purpose of a psychiatric or psychological examination pursuant to 18 U.S.C § 4241(b).

2.      Thereafter, Defendant was transferred to the Federal Bureau of Prisons, Metropolitan Detention Center, in Los Angeles, California ("MDC-LA") for such examination.

3.      On or about November 4, 2014, Lisa Hope, Psy.D., Chief Psychologist MDC-LA ("Dr. Hope"), requested from the government certain documents to assist and facilitate the psychiatric or

psychological examination of Defendant, including, among other documents, any Pre-Sentence

Investigative Report ("PSR") prepared by the United States Probation Department in this matter.

Specifically, Dr. Hope's request stated:

> "In order to conduct a comprehensive evaluation, the evaluators require collateral material to
>
> review.  Specifically, we are requesting that you provide us with a copy of relevant investigative
>
> materials, to include: a criminal history report, investigative documents, interviews, surveillance
>
> materials, any documents signed or completed by the defendant, pre-sentence reports, pre-trial
>
> report (if available), information pertaining to prior cases, jail documents, medical/mental health
>
> records, and any other available material you deem relevant.  Of particular use is any audio or
>
> visual recording of the defendant."

4.      Local Rule 460(b) provides that:  "… Any applicant seeking an order authorizing further

disclosure of a presentence report or pretrial services report maintained by the probation or pretrial

services offices shall file a written petition to the Court establishing with particularity the need for

specific information in the records. Requests for disclosure made to probation or pretrial services

officers are improper. Except as provided in (c) below, no further disclosure shall be made except upon

an order issued by the Court."

5.      The parties respectfully request that the Court construe this stipulation and proposed

order as a petition pursuant to Local Rule 460(b) and further request that the Court authorize the

government to forward Defendant's PSR to Dr. Hope for the limited purpose of assisting Dr. Hope and

those evaluators performing the Court-ordered psychiatric or psychological examination.

///

///

///

6.     Nothing in this stipulation and proposed order shall waive Defendant's right to assert written or other challenges to the accuracy of the information contained in the PSR in these proceedings.

**IT IS SO STIPULATED**.

Dated: November 18, 2014                     Respectfully Submitted,

                              By:   BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/ André M. Espinosa
                                   ANDRÉ M. ESPINOSA
                                   Assistant U.S. Attorney

Dated: November 18, 2014             /s/ Scott Cameron
                                   SCOTT CAMERON
                                   Attorney for the Defendant

BENJAMIN B. WAGNER
United States Attorney
ANDRÉ M. ESPINOSA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.  2:10-CR-0098 WBS |
| Plaintiff, | ) | |
| v. | ) | **ORDER AUTHORIZING DISCLOSEURE OF PSR** |
| RICKY LAMONT FLEMINGS, | ) | |
| Defendant. | ) | |

The parties' stipulation is approved and so **Ordered**.


Dated:  November 18, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE