```
SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842


Attorney for:
RICKY FLEMINGS
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>RICKY FLEMINGS,<br><br>                Defendant, | CASE NO. 10-CR-0098 WBS<br><br>**STIPULATION EXTENDING COMMITMENT PURSUANT TO 18 USC §4241(b), CONTINUING COMPETENCY HEARING, AND EXCLUDING TIME; [~~PROPOSED~~] ORDER** |
|---|---|

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant RICKY FLEMINGS, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a hearing on November 24, 2014, to determine defendant FLEMINGS' competency to stand trial. (ECF Minute Order 82.) In addition, this Court ordered defendant FLEMINGS committed to the custody of the Attorney General for a psychiatric or psychological examination pursuant to 18 U.S.C. § 4241(b). (ECF Minute Order 83.)

2. Defendant was received at the Los Angeles Metropolitan Detention Center (LA-MDC) on October 30, 2014, for the psychiatric or psychological examination.

1

3. Dr. James Bernhardt, of the Psychology Services Department at LA-MDC, has informed the parties that the warden of LA-MDC will be soon be executing a letter requesting that this Court deem October 30, 2014, as the date of the commencement of the 30 day commitment pursuant to 18 U.S.C. § 4241(b).  Furthermore, the parties are informed by Dr. Bernhardt that the Warden will be requesting that this Court grant a 15 day extension to the commitment to allow for completion of the evaluation as allowed by 18 U.S.C. § 4247(b).

4. The parties have no objection to this Court deeming October 30, 2014, as the date of the commencement of the commitment and have no objection to the Warden's upcoming request for a 15 day extension.

5. Dr. James Bernhardt has further advised the parties that the evaluation is expected to be completed on December 15, 2014, and that a report of the evaluation will be received by the Court by January 5, 2015.

6. Because of the extended commitment and time necessary for the psychiatric evaluator to prepare the report, the parties stipulate that the competency hearing currently scheduled for November 24, 2014, may be continued to January 12, 2015.

7. The parties further stipulate that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 24, 2014, to January 12, 2014, inclusive, should be deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Codes E and T4] because the exclusion of time results from a continuance granted by the Court at defendant's request on the basis of a pending motion and the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

DATED: November 19, 2014         /s/ Andre Espinosa
                                 ANDRE ESPINOSA
                                 Assistant United States Attorney

DATED: November 19, 2014         /s/ Scott Cameron
                                 SCOTT N. CAMERON
                                 Counsel for RICKY FLEMINGS

**O R D E R**

It is hereby ORDERED that defendant FLEMINGS' commitment for a psychiatric examination shall be deemed to have commenced at his reception at the Los Angeles Metropolitan Detention Center (LA-MDC) on October 30, 2014, and for good cause shown, defendant FLEMINGS' 30 day commitment for the psychiatric examination shall be extended 15 days as permitted by 18 U.S.C. § 4247(b).  It is further ORDERED that the competency hearing for defendant FLEMINGS shall be continued from November 24, 2014, to January 12, 2015, at 9:00 a.m.  It is further ORDERED that the time period of November 24, 2014, to January 12, 2015, inclusive, shall be deemed excluded from the time period within which the trial must commence, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Codes E and T4], because the exclusion of time results from a continuance granted by the Court at defendant's request on the basis of a pending motion and the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO FOUND AND ORDERED.

Dated: November 20, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3