SCOTT N. CAMERON (SBN 226605)
Attorney at Law
1007 7th Street, Suite 319
Sacramento, CA 95814
Ph. 916-769-8842

Attorney for:
RICKY FLEMINGS

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 10-CR-0098 WBS |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE COMPETENCY HEARING AND TO EXCLUDE TIME; [PROPOSED] ORDER** |
| v. | |
| RICKY FLEMINGS, | |
| Defendant, | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel of record, and defendant RICKY FLEMINGS, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a hearing on January 12, 2015, to determine defendant FLEMINGS' competency to stand trial.

2. By this stipulation, counsel for defendant now moves to continue the competency hearing to January 20, 2015, at 9:30 a.m., and to exclude time between January 12, 2015, and January 20, 2015, under Local Codes E and T4.  The Government does not oppose this request.

3. The Government and counsel for defendant received the written competency evaluation on January 8, 2015.

1

      4.      Counsel for defendant desires the additional time requested to conduct research, consult with defendant, and conduct investigation, to determine if it is appropriate to submit the matter to the Court on the above-mentioned competency report, or to request a contested hearing on a future date.

      5.      The parties further stipulate that for the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 12, 2015, to January 20, 2015, inclusive, should be deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Codes E and T4] because the exclusion of time results from a continuance granted by the Court at defendant's request on the basis of a pending motion and the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

DATED:  January 9, 2015

/s/ Andre Espinosa  
ANDRE ESPINOSA  
Assistant United States Attorney

DATED:  January 9, 2015

/s/ Scott Cameron  
SCOTT N. CAMERON  
Counsel for RICKY FLEMINGS

**O R D E R**

IT IS SO FOUND AND ORDERED.

Dated:  January 12, 2015

_____  
WILLIAM B. SHUBB  
UNITED STATES DISTRICT JUDGE