1  SCOTT N. CAMERON (SBN 226605)
   Attorney at Law
2  1007 7th Street, Suite 319
   Sacramento, CA 95814
3  Ph. 916-769-8842

4
   Attorney for:
5  RICKY FLEMINGS

6

7

8

9            IN THE UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12 | UNITED STATES OF AMERICA,         | CASE NO.  2:10-CR-00098 WBS
13 |                        Plaintiff,  | **STIPULATION AND** ~~**PROPOSED**~~
                                        | **ORDER CONTINUING JUDGMENT**
14 | v.                                 | **AND SENTENCING**
15 | RICKY LAMOUNT FLEMINGS,            |
16 |                        Defendant,  |

17

18                          **STIPULATION**

19       The parties, through undersigned counsel, stipulate that the date set for judgment and

20 sentencing of defendant RICKY FLEMINGS, currently scheduled for May 26, 2015, may be

21 continued to June 29, 2015, at 9:30 a.m.  This continuance is being requested by the defense because

22 defense counsel is currently engaged in trial in state court in the matter of People v. Upchurch, et.

23 al., Sacramento County Case No. 14F04978.  It is anticipated that the trial will last long past the

24 current sentencing date of May 26, 2015.  The United States does not oppose this request.

25

26 / / /

27 / / /

28
                                           1

The Probation Department has been consulted regarding the above stipulation and has no objection. The prosecutor has authorized the defense counsel for RICKY FLEMINGS to sign this stipulation on his behalf.

DATED: May 19, 2015          BENJAMIN WAGNER
                             United States Attorney

                      by     /s/ André M. Espinosa
                             André M. Espinosa
                             Assistant U.S. Attorney


DATED: May 19, 2015

                      by     /s/ Scott N. Cameron
                             Scott N. Cameron
                             Counsel for RICKY FLEMINGS

## ORDER

Good cause appearing,

The date for judgment and sentencing of defendant RICKY FLEMINGS, presently scheduled for May 26, 2015, is continued to June 29, 2015, at 9:30 a.m.

IT IS SO ORDERED.

Dated: May 20, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE